FILED

DEC 2 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     Case No. 07MJ2913
                                    )
                    Plaintiff,      )
                                    )
            v.                      )     ORDER OF DETENTION ON
                                    )     DEFENDANT'S WAIVER OF BAIL
                                    )     PENDING TRIAL
BERTHA BARRERAS,                    )
                                    )
                    Defendant.      )
                                    )
_____)

In accordance with the Bail Reform Act of 1984, Title 18, United States Code, Section 3142(f), a detention hearing was scheduled and held on December 20, 2007, to determine whether Defendant BERTHA BARRERAS ("Defendant") should be held in custody pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney Charlotte E. Kaiser appeared on behalf of the United States and David L. Baker, Esq. appeared on behalf of Defendant.

At the hearing on December 20, 2007, Defendant knowingly and voluntarily waived her right, on the record through counsel, to the setting of bail and a detention hearing. Based on the waiver, the Court orders that Defendant be detained pending trial, and, if convicted, sentencing in these matters, without prejudice or waiver of the right of Defendant to apply for bail and conditions

07MJ2913

1  of release at a later date, and without prejudice or waiver of the right of the United States to seek

2  detention in the event of an application by Defendant for such relief.

3  ### O R D E R

4      IT IS HEREBY ORDERED that Defendant be detained pending trial, and if convicted,

5   sentencing in these matters.

6      IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney

7  General or his designated representative for confinement in a corrections facility separate, to the

8  extent practicable, from persons awaiting or serving sentence or being held in custody pending

9  appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

10      While in custody, upon order of a court of the United States or upon the request of an

11  attorney for the United States, the person in charge of the correctional facility shall deliver

12  Defendant to the United States Marshal for the purpose of an appearance in connection with a court

13  proceeding or any other appearance stipulated to by defense and government counsel.

14      This order is made without prejudice to modification by this Court and without prejudice

15  to Defendant's exercise of her right to bail and a detention hearing at a future date.

16  IT IS SO ORDERED.

17  DATED: December 20, 2007.

18                    _____
                      THE HONORABLE WILLIAM McCURINE, JR.
19                    United States Magistrate Judge
                      United States District Court for the
20                    Southern District of California

21  Prepared by:

22  KAREN P. HEWITT
    United States Attorney

23

24  /s/Charlotte E. Kaiser
    CHARLOTTE E. KAISER
25  Assistant United States Attorney

26

27

28

07MJ2913