

FILED

JAN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>BERTHA BARRERAS,<br><br>                Defendant. | Criminal Case No. 08CR0147-H<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952<br>and 960 - Importation of<br>Methamphetamine (Felony) |

The United States Attorney charges:

On or about December 14, 2007, within the Southern District of California, defendant BERTHA BARRERAS, did knowingly and intentionally import 50 grams or more, to wit: approximately 500 grams (1.1 pounds), of methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 17, 2008.

                                 KAREN P. HEWITT
                                 United States Attorney

                                 CARLA J. BRESSLER
                                 Assistant U.S. Attorney

CJB:kmm:San Diego
1/2/08