AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

JAN 17 2008

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

BERTHA BARRERAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0147-H

I, __BERTHA BARRERAS__, the above named defendant, who is accused of committing the following offense:

Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/17/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Bertha R Barreras_
Defendant

_____
Counsel for Defendant

Before __McInerney__
JUDICIAL OFFICER