DAVID BAKER
419 19TH ST
San Diego, CA 92102
(619)743-0121

Attorney for, Barreras

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. MARILYN HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-00147-H |
| Plaintiff, ) | **JOINT MOTION TO CONTINUE SENTENCING** |
| vs. ) | |
| BERTHA BARRERAS, ) | Date: APRIL 9, 2008 |
| Defendant. ) | Time: 9:00 |
| _____ ) | |

   KAREN HEWITT, United States Attorney, by JAMES MELENDRES, Assistant Untied States Attorney, and BERTHA BARRERAS, by and through his attorney, DAVID L. BAKER, hereby stipulate and agree that the Sentencing hearing currently set in the above captioned court on April 14, 2008 shall be continued to July 7, 2008 at 9:00 a.m. The parties also agree that all time between today and the acceptance of the Plea Agreement shall be excluded in the interest of justice pursuant to the Speedy Trial Act. **Ms. Barreras has been in continuous custody since the start of this case.**

**IT IS SO STIPULATED:**

UNITED STATES ATTORNEY

| | |
|---|---|
| DATE:4/9/08 | By:_s/Melendres_____ |
| | James Melendres |
| | ASSISTANT UNTIED STATES ATTORNEY |

| | |
|---|---|
| DATE:4/9/08 | _D/Baker_____ |
| | David Baker Attorney for Defendant, Bertha Barrera |