# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 08-CR-147 H |
|---|---|
| Plaintiff, | **ORDER CONTINUING** |
| vs. | **SENTENCING HEARING** |
| **BERTHA BARRERAS**, | |
| Defendant. | |

IT IS HEREBY ORDERED that the sentencing in the above entitled case be continued from April 14, 2008 at 9:00 a.m. until **July 7, 2008 at 9:00 a.m.** Good cause being shown through joint motion of the parties. The Court finds there is excludable time under the Speedy Trial Act. The Defendant is currently in custody.

SO ORDERED.

Dated: April 9, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT