```
 1  KAREN P. HEWITT
    United States Attorney
 2  GREGORY F. NOONAN
    Assistant U.S. Attorney
 3  California State Bar No. Pending
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  619 557-5790   (Telephone)/619 557-5551 (Fax)
    Email: gregory.noonan@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0147-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| BERTHA BARRERAS, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

      I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

      The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

      1.    None.

//

//

//

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 | Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4 |     1.    James P. Melendres.

5 | Please feel free to call me if you have any questions about this notice.

6 | DATED:  May 13, 2008.

                                            KAREN P. HEWITT
                                            United States Attorney

                                            <u>s/Gregory F. Noonan</u>
                                            GREGORY F. NOONAN
                                            Assistant U.S. Attorney

Notice of Appearance                                                                             08CR0147-H
United States v. Bertha Barreras

<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT</td></tr>
<tr><td colspan="2" align="center">SOUTHERN DISTRICT OF CALIFORNIA</td></tr>
</table>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.    08CR0147-H |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| BERTHA BARRERAS ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

      I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated May 13, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

  1.   David L. Baker, Attorney for Defendant Bertha Barreras.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 13, 2008.

                                               s/Gregory F. Noonan
                                               GREGORY F. NOONAN
                                               Assistant U.S. Attorney

Notice of Appearance                                                             08CR0147-H
United States v. Bertha Barreras